Fatima PARKER, Plaintiff–Appellant,

v.

ALBEMARLE COUNTY PUBLIC SCHOOLS, by and through the SCHOOL BOARD AND ITS ADMINISTRATORS; Brian Wheeler, Chair; Pamela Moran; Kimberly Suyes; Kathryn Baylor; Ronnie Price, Sr.; Pamela Moynihan; Diantha H. McKeel, Vice Chair; Barbara Massie Mouly; Jon Stokes; Steve Koleszar, Defendants–Appellees.

No. 09–1224.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 12, 2009.

Decided: Aug. 26, 2009.

Fatima Parker, Appellant Pro Se. Robert A. Dybing, Thompson McMullan, P.C., Richmond, Virginia, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatima Parker appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parker v. Albemarle County Public Schools,* No. 3:08–cv–00040–nkm–bwc, 2009 WL 169703 (W.D.Va. Jan. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*